**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6001**

_____

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

   v.

SHAWN HUSSEY,

       Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., District Judge.  (3:04-cr-00270-JAG-1)

_____

Submitted:  February 29, 2012      Decided:  March 9, 2012

_____

Before DUNCAN and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Shawn Hussey, Appellant Pro Se.  Norval George Metcalf, Assistant United States Attorney, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shawn Hussey appeals the district court's order granting his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Hussey, No. 3:04-cr-00270-JAG-1 (E.D. Va. Dec. 12, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED